STATE, Respondent, vs. HARRISON (Ernest), Appellant.*

*October 12—November 6, 1951.*

Ray E. *Lane* of Chicago, Illinois, and *Arnold W. Mulhern* of New Holstein, for the appellant.

For the respondent there was a brief by the *Attorney General, William A. Platz,* assistant attorney general, and *Martin Gulbrandsen,* district attorney of Vernon county, and oral argument by *Mr. Platz* and *Mr. Gulbrandsen.*

This case was argued and submitted with the case of *State v. Harrison,* ante, p. 89, 50 N. W. (2d) 38, and is ruled by the decision therein.

*By the Court.*—Judgment and order affirmed.